RECEIVED
JUN 30 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

FILED
JUN 3 0 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY

~~December 28, 2010~~
JUNE 25, 2014

Mr. Jesus Dominguez-Rojas  #18162-280
~~Federal Correctional Institution - Ray Brook~~
~~P.O. Box 9009~~
~~Ray Brook, New York  12977-9009~~

Federal Detention Center
P.O. Box 5010
Oakdale LA

Clerk of the Court
Office of the Clerk
United States District Court for the
  Western District of Texas
United States Courthouse
200 West 8th Street
Room 130
Austin, Texas  78701-9620

RE:  United States v. Jesus Dominguez-Rojas
     Docket No. 1:08-cr-000251-SS-1
     Request for Docket Entries

Dear Clerk of the Court,

　　Recently, I obtained my docket sheets for the above-captioned action after purchasing same from the Court. Because my Court-appointed attorney, Mr. Gustavo L. Garcia, Jr., Esquire, never furnished me with documents and/or legal materials during the course of my proceedings before the District Court, I write presently to request information on obtaining specific docket items.

　　The docket items which I would like to obtain are as follows:

　　　　--the indictment dated July 15, 2008 (docket entry no. 3)
　　　　  (NOTE:  Although originally sealed, it was unsealed on
　　　　  a motion by the Government on July 23, 2008)

　　　　--CJA 20 form dated August 19, 2008 appointing Gustavo L.
　　　　  Garcia, Jr. as counsel (docket entry no. 129)

　　　　--second motion to suppress dated September 12, 2008
　　　　  (docket entry no 136)

　　　　--criminal information dated October 1, 2008 (docket
　　　　  entry no. 158)

　　　　--docket minutes for proceedings held on October 2, 2008
　　　　  (docket entry no. 171)

Clerk of the Court, U.S. District Court--W.D. Texas
RE: <u>United States v. Jesus Dominguez-Rojas</u>, Case No. 1:08-cr-251-SS-1
    Request for Docket Entries

~~December 28, 2010~~
JUNE 25, 2014

   --waiver of indictment dated October 2, 2008 (docket
     entry no. 172)

   --waiver of <u>Rule</u> 32 time limits dated October 2, 2008
     (docket entry no. 173)

   --motion for prelimary judgment of forfeiture dated
     December 3, 2008 (docket entry no. 191)

   --motion to dismiss a portion of United States demand
     for forfeiture dated December 3, 2008 (docket entry
     no. 192)

   --docket minutes for sentencing proceedings held on
     December 5, 2008 (docket entry no. 196)

   --right to appeal letter dated December 5, 2008 (docket
     entry no. 204)

   --judgment and commitment dated December 15, 2008
     (docket entry no. 224)

   --motion to dismiss indictment dated February 11, 2009
     (docket entry no. 229)

   --order granting motion to dismiss indictment dated
     February 18, 2009 (docket entry no. 240)

   --motion for final judgment of forfeiture dated April 29,
     2009 (docket entry no. 257)

   --order granting motion for final judgment of forfeiture
     dated May 1, 2009 (docket entry no. 258)

   In addition to obtaining copies of the foregoing docket items, I am interested in purveying a copy of docket entry no. 165, which is noted as "sealed document" on the docket (and which I presume is my written guilty plea agreement). Please inform me as to how I must proceed to obtain this document; and please note the fact that this conviction is final and I am uncounselled at this time.

   Please extend to me the courtesy of a reply to my inquiries regarding the obtention of the foregoing docket items and the sealed document. It is my hope that I shall be receiving communication from this office shortly.

Clerk of the Court, U.S. District Court--W.D. Texas                              Page 3
RE:  <u>United States v. Jesus Dominguez-Rojas</u>, Case No. 1:08-cr-251-SS-1
     <u>Request for Docket Entries</u>
~~December 28, 2010~~
JUNE 25, 2014

    Thank you for your time and attention to this matter.

                        Sincerely yours,

                        *Jesus Dominguez*

                        Jesus Dominguez-Rojas   #18162-280
                        F.C.I.--Ray Brook


cc:  file copy

Jesús Dominguez Roos Reg# 18162-280
Federal Detention Center
P.O. Box #5010
OAKDALE LA, 71463

SHREVEPORT LA 710
26 JUN 2014 PM 3 L

Clerk of the Court
Office of the Clerk
United States District Court for the
Western District of Texas
United States Courthouse
200 W 8th Street
Room #130
Austin TX 78701-9620



⇔ 18162-280 ⇔
Clerk Of The Court
United States Courthouse
200 W 8TH ST
Room#130
Austin, TX 78701-9620
United States