

**UNITED STATES DISTRICT COURT**

**OFFICE OF THE CLERK**

WESTERN DISTRICT OF TEXAS

501 West 5th Street, Suite 1100
Austin, Texas 78701
512-916-5896

William G. Putnicki

June 30, 2014

Jesus Dominguez-Rojas
18162-280
Federal Detention Center
P.O. Box 5010
Oakdale, LA 71463

RE: 1:08-cr-251(1)-SS
    U.S.A. v. Jesus Dominguez-Rojas

Dear Mr. Dominguez-Rojas,

We have received your request for a copy of the following documents:

| | | | |
|---|---|---|---|
| Document no. 3 | 8 pages | Document no. 192 | 6 pages |
| Document no. 129 | 1 page | Document no. 196 | 2 pages |
| Document no. 136 | 3 pages | Document no. 204 | 1 page |
| Document no. 158 | 3 pages | Document no. 224 | 3 pages |
| Document no. 171 | 2 pages | Document no. 229 | 3 pages |
| Document no. 172 | 1 page | Document no. 240 | 1 page |
| Document no. 173 | 1 page | Document no. 257 | 11 pages |
| Document no. 191 | 11 pages | Document no. 258 | 4 pages |

The documents total 61 pages and are available at a cost of 50¢ per page for a total cost of $30.50. Payment can be sent to the address listed above with a check or money order (no cash accepted) made payable to **Clerk, US District Court.** Once we have received payment for your request, we will send the documents to you.

With regards to obtaining a copy of sealed document no. 165, the document is sealed and will only be available by court order.

Sincerely,

William G. Putnicki
By: KKC, Deputy Clerk

www.txwd.uscourts.gov